# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135611 & (46)

BARBARA ANN PFENNINGER,
 Plaintiff-Appellee,

v

SC: 135611
COA: 272711
Bay CC: 05-007016-DM

GREGORY JOHN PFENNINGER,
 Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 11, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

d0421